COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In the Interest of B.M.D. aka B.D. and K.J .H. v. Department of
                        Family Protective Services

Appellate case number:  01-14-00198-CV

Trial court case number:  2012-04204J

Trial court:            315th District Court of Harris County

On March 10, 2014, the court reporter filed a request for extension of time to file the record.  The motion is **GRANTED, in part**.  The reporter's record is due within **15** days of the date of this order.

Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible.  *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012).  For this reason, **no further extensions of time to file the record will be granted**.

It is so ORDERED.


Judge's signature: /s/ Justice Rebeca Huddle
                    X  Acting individually      ☐  Acting for the Court


Date:  March 13, 2014